THE PORTO RICO DRUG COMPANY, DEMANDANTE Y APELADA, *v.* THE AMERICAN RAILROAD COMPANY, DEMANDADA Y APELANTE.

HOMAR COLÓN & CÍA., DEMANDANTE Y APELADO, *v.* THE AMERICAN RAILROAD COMPANY, DEMANDADA Y APELANTE.

APELACIONES procedentes de la Corte de Distrito de Ponce en pleitos sobre daños y perjuicios.

Nos. 1918 y 1919.—Resueltos en marzo 26, 1920.

Resueltos por los fundamentos del caso No. 1920, *Vidal & Cía., S. en C.,* v. *The American Railroad Company* de marzo 26, 1920 (pág. 204).

Abogados de las apelantes: *Sres. F. G. Pérez Almiroty* y *G. H. Moscoso.*

Abogados de las apeladas: *Sres. A. F. Castro* y *J. Tous Soto.*

*Confirmadas las sentencias apeladas.*

Jueces concurrentes: Sres. Asociados Wolf, del Toro, Aldrey y Hutchison.

El Juez Presidente Sr. Hernández disintió.